United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GKA ENTERPRISES, INC.; RAILWAY TRANSPORT LEASING, INC., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>CONAGRA FOODS, INC., <br><br>　　　　Defendant. | No. C05-02030 MJJ <br><br>**ORDER VACATING HEARING AND ORDERING PARTIES TO SHOW CAUSE** |

　　　　Pending before the Court is Defendant Conagra Foods, Inc.'s "Motion for Order Striking Demand for Jury Trial Pursuant to FRCP 81(c)," filed on October 7, 2005, and set for oral argument on November 15, 2005. (Doc. #16.) Plaintiffs, however, failed to file an Opposition or a Notice of Nonopposition, as required by Local Rule of Civil Procedure 7-3(a), (b). Consequently, the Court orders Plaintiffs to show good cause as to why they failed to respond to Defendant's Motion and why the Court should consider any tardy filing. Plaintiffs shall file a brief, not exceeding 5 pages by <u>November 17, 2005</u>, addressing these issues. Plaintiffs' failure to respond to this Order shall result in the imposition of sanctions, including granting the Defendant's Motion. Further, the Court **VACATES** the hearing set for November 15, 2005.

　　　　Additionally, upon review of Defendant's Notice of Removal and Plaintiffs' Complaint, it does not appear that Plaintiffs have alleged an amount in controversy. As the removing party, Defendant bears the burden of establishing that federal subject matter jurisdiction exists. *Toumajian v. Frailey*, 135 F.3d 648, 652 (9th Cir. 1998). When it is not facially evidence from the complaint that the amount

in controversy exceeds $75,000, the removing party must prove by a preponderance of the evidence that the amount in controversy meets the jurisdictional requirement set forth in 28 U.S.C. § 1332. *See Matheson v. Progressive Specialty Ins. Co.*, 319 F.3d 1089, 1090 (9th Cir. 2003). Accordingly, the Court will require Defendant to show cause in writing, supported by appropriate evidence, *see id.*, that the amount in controversy exceeds $75,000. Defendants shall file a brief, not exceeding 10 pages in length, by November 23, 2005, addressing this issue.

**IT IS SO ORDERED.**

Dated: 11/10/2005

/S/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California