FILED
DEC 02 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GKA ENTERPRISES, INC., | No. C05-02030 MJJ |
| Plaintiff, | **ORDER RE AMOUNT IN CONTROVERSY** |
| v. | |
| CONAGRA FOODS, INC., | |
| Defendant. | |

On November 14, 2005, the Court issued an Order to Show Cause directing Defendant to demonstrate that more than $75,000 is in controversy in this lawsuit. (Doc. #19.) On November 23, 2005, Defendant filed its Memorandum of Points and Authorities re Amount in Controversy. (Doc. #21.) The Court has reviewed Defendant's Memorandum, and finds that Defendant has sufficiently demonstrated at this juncture that the amount in controversy meets the jurisdictional requirement set forth in 28 U.S.C. § 1332. The Court will therefore continue to exercise jurisdiction over this matter.

**IT IS SO ORDERED.**

Dated: 11/21/2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE