**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GKA ENTERPRISES INC. *et al.*, | No. C05-02030 MJJ |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| CONAGRA FOODS INC, | |
| Defendant. | |

Pending before the Court is Defendant Conagra Foods, Inc.'s Motion for Judgment on the Pleadings (Doc. #37), filed on February 9, 2006, and set for hearing on March 21, 2006. Pursuant to Civil Local Rule 7-3(a) and (b), Plaintiffs GKA Enterprises, Inc. and Railway Transport Leasing, Inc. were required to file an Opposition or Statement of Non-opposition by February 28, 2006. Plaintiffs, however, failed to file either document.[1]  Consequently, the Court orders Plaintiffs to file a brief showing cause as to why they failed to respond to Conagra's Motion. Plaintiffs shall file their brief by <u>8:00 a.m., March 20, 2006</u>. Plaintiffs shall also simultaneously file any Opposition or Statement of Non-opposition by this deadline.  Failure to respond to this Order shall result in the imposition of sanctions, including granting Conagra's Motion.

---

[1] The Court notes that Plaintiffs filed a Notice requesting that the Court remand this case to the state court based on the amount in controversy.  That Notice, however, did not relieve Plaintiffs of their duty to comply with Local Rule 7-3.

1    Further, the March 21, 2006 hearing is **VACATED**, and will be re-set by the Court, if necessary.

3 **IT IS SO ORDERED.**

5 Dated: March 15, 2006

                                                       MARTIN J. JENKINS
                                                       UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California