RALPH A. LOMBARDI, State Bar No 048217
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, California 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

PATRICK E. BROOKHOUSER, JR. *(Pro Hac Vice)*
McGRATH, NORTH, MULLIN & KRATZ, PC LLO
3700 First National Tower
1601 Dodge Street
Omaha, Nebraska 68102
TEL: (402) 341-3070
FAX: (402) 952-9548

Attorneys for Defendant
CONAGRA FOODS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GKA ENTERPRISES, INC., a California corporation, and RAILWAY TRANSPORT LEASING, INC., a California corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>CONAGRA FOODS, INC., a Delaware corporation, dba CONAGRA GRAIN PROCESSING COMPANY, and DOES 1 through 10, inclusive,<br><br>  Defendants. | **No. C05-02030 MJJ**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER F.R.C.P. 41(A)(2) AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiffs GKA ENTERPRISES, INC. and RAILWAY TRANSPORT LEASING, INC., by and through their attorney of record, and defendant CONAGRA FOODS, INC., by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its

///

///

///

-1-

Case No. C05-02030 MJJ
**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER F.R.C.P. 41(A)(2) AND ORDER THEREON**

own attorneys fees and costs.

DATED: March 17, 2006

LAW OFFICES OF ADAM S. GRUEN

By: : ____/s/ Adam S. Gruen_____
ADAM S. GRUEN
Attorneys for Plaintiffs

DATED: March 17, 2006

LOMBARDI, LOPER & CONANT, LLP

By: ____/s/ Ralph A. Lombardi_____
RALPH A. LOMBARDI
Attorneys for Defendant

### ORDER DISMISSING ACTION WITH PREJUDICE

The court having read and considered the foregoing stipulation, and good cause appearing, IT IS SO ORDERED.

DATED: __March 28_____, 2006

_____
JUDGE OF THE DISTRICT COURT

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

-2-
Case No. C05-02030 MJJ
**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER F.R.C.P. 41(A)(2) AND ORDER THEREON**